# Court of Appeals
# of the State of Georgia

ATLANTA,   May 04, 2016

*The Court of Appeals hereby passes the following order:*

## A16D0342. MARK MCGARITY, SR. v. THE STATE.

Mark McGarity, Sr., seeks discretionary review of the trial court's order denying his motion for sentence modification. A sentencing court may modify a sentence within one year of its imposition or within 120 days after remittitur following a direct appeal, whichever is later.  See OCGA § 17-10-1 (f)*; Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010).  The denial of a timely motion to modify under OCGA § 17-10-1 (f) is subject to direct appeal.  See, e. g., *Anderson v. State*, 290 Ga. App. 890 (660 SE2d 876) (2008); *Maldonado v. State*, 260 Ga. App. 580 (580 SE2d 330) (2003).

This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). From the limited application material submitted, it appears the order at issue is subject to direct appeal.[1] Accordingly, this application is hereby GRANTED.  McGarity shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so. See OCGA § 5-6-35 (g).  The clerk of the superior court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] McGarity has included information indicating he was sentenced on March 30, 2015. Although McGarity did not include a copy of his motion for sentence modification, the trial court denied the motion on March 17, 2016. Thus, the motion was necessarily filed within one year of sentencing.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___05/04/2016___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*